JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
JAMES P. HAGARTY
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA  98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: MJ-06-4102-1 |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT AND QUASHING WARRANT** |
| RAFAEL TORRES, | |
| Defendant. | |

   IT IS HEREBY ORDERED that the Complaint in the above-entitled matter is dismissed and the associated warrant is quashed.  The Court makes no judgment as to the merit or wisdom of this dismissal.

   DATED this 3rd day of July, 2006.

                              s/Michael W. Leavitt
                           MICHAEL W. LEAVITT
                           UNITED STATES MAGISTRATE JUDGE